David Morris Clayman / אדם דוד קליימן / דוד משה קליימן, *Pro se*



IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

| David Morris Clayman ( אדם דוד / דוד משה קליימן), Plaintiffs,<br><br>vs.<br><br>**SCOTT BESSANT**, in his official capacity as Secretary of the Treasury;<br>**UNITED STATES OF AMERICA**;<br>**CONGRESS OF THE UNITED STATES**;<br>**JEROME H. POWELL**, in his official capacity as Chair of the Federal Reserve; and<br>**GENE L. DODARO**, in his official capacity as Comptroller General,<br>Defendants | CASE NO. _____<br><br>**MOTION FOR EXPEDITED CONSIDERATION** |
|---|---|

## MOTION FOR EXPEDITED CONSIDERATION

Plaintiff David Morris Clayman, pro se, respectfully moves this Court for expedited consideration of his Initial Complaint filed under the Religious Freedom Restoration Act (RFRA), the First Amendment, and the Fifth Amendment. In support of this motion, Plaintiff states as follows:

## I. INTRODUCTION

This case presents a unique and time-sensitive confluence of religious liberty, constitutional principle, and national heritage. At its core, the complaint raises substantial questions regarding the ongoing desecration of the sacred, unhyphenated Name of G-d by the United States Government through its mandated placement on U.S. currency and government-issued identification documents.

Plaintiff seeks urgently needed relief to prevent continued violation of his religious conscience and to enable a deliberative and inclusive civic redesign process ahead of the United States' 250th Anniversary on July 4, 2026.

## II. RELIGIOUS EMERGENCY

The complaint demonstrates a deeply rooted and sincerely held religious conviction that the unhyphenated Name of G-d—currently printed on every U.S. coin, banknote, passport, and many state driver's licenses and state seals—is being desecrated on a massive scale, in violation of Plaintiff's religious beliefs and Talmudic teachings (Tractate Rosh Hashanah 18B).

Each day that passes, hundreds of thousands of banknotes bearing the Name of G-d are shredded and discarded without ceremony by government authorities. These sacred words enter bathrooms, landfills, and burn pits in contradiction to Jewish religious law. The result is not merely symbolic harm but a concrete and continuous violation of Plaintiff's right to free religious exercise.

Expedited consideration is warranted to prevent ongoing religious harm, and to give federal

institutions the opportunity to realign their policies in time to avoid further desecration.

### III. CIVIC URGENCY AHEAD OF THE 250TH ANNIVERSARY

The complaint further proposes that this redesign crisis be reframed as a civic opportunity: to hold a national design and motto competition for a more inclusive and morally resonant civic motto and currency name.

The 250th Anniversary of U.S. independence on **July 4, 2026**, presents a generational opportunity to promote a unifying civic identity that is pluralistic, constitutionally sound, and forward-looking. However, time is short. A redesign of national currency and motto requires deliberate planning, stakeholder engagement, public education, and secure execution—all of which will be constrained or impossible without judicial guidance and relief by late 2025.

If this Court defers consideration, the window to make use of this historical moment may close irreversibly. If the Court grants expedited review, the Executive and Legislative branches will have a meaningful opportunity to implement changes in time for the 250th Quarter-millenial.

### IV. LEGAL BASIS FOR EXPEDITED CONSIDERATION

Courts may grant expedited consideration when:

- There is an ongoing constitutional or statutory violation causing irreparable harm.
- The public interest strongly favors immediate resolution.
- Delay would render requested relief moot or ineffectual.

Plaintiff meets all three criteria:

- Ongoing violation of RFRA and the First Amendment through compelled religious desecration or exclusion from certain key parts of economic life.
- A national policy issue with broad implications for millions of sectarian and non-sectarian religious Americans.
- Imminent historical deadline that will foreclose meaningful remedy if not addressed soon.

## V. REQUEST FOR RELIEF

Plaintiff respectfully requests the Court:

1. To grant **expedited consideration** of this matter;

2. To set an **accelerated briefing schedule** for any motions to dismiss or responsive pleadings;

3. To consider **early summary judgment briefing** or mediation on the RFRA and Establishment Clause claims;

4. To issue preliminary relief, as necessary, protecting Plaintiff from criminal prosecution under 18 U.S.C. § 333 for cutting out and preserving the sacred motto on U.S. currency until final resolution.

s/Plaintiff David Clayman, Currently *Pro se*
7930 Palacio Del Mar Drive
Boca Raton, FL 33433-4148
+1 (321) 252 - 9626
david@clayman.org