IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| David Morris Clayman ( / אדם דוד דוד משה קלײמן),<br>Plaintiff,<br><br>vs.<br><br>SCOTT BESSANT, in his official capacity as Secretary of the Treasury; UNITED STATES OF AMERICA; CONGRESS OF THE UNITED STATES; JEROME H. POWELL, in his official capacity as Chair of the Federal Reserve; and GENE L. DODARO, in his official capacity as Comptroller General,<br>Defendants | CASE NO. _____<br><br>[PROPOSED] ORDER ON MOTION FOR EXPEDITED CONSIDERATION |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED**

**CONSIDERATION**

This matter is before the Court on Plaintiff's Motion for Expedited Consideration [ECF No. _____]. Upon review of the motion and the record, and being otherwise fully advised, the Court finds that expedited consideration is warranted.

Plaintiff has alleged ongoing and substantial violations of the Religious Freedom Restoration Act (RFRA), the Free Exercise Clause, and the Establishment Clause,

stemming from the Government's mandatory printing of the sacred unhyphenated Name of G-d on currency and official documents. Plaintiff has also demonstrated that the urgency of the relief requested is heightened by the approaching 250th Anniversary of the United States on July 4, 2026—a milestone requiring sufficient lead time for any Court-ordered or Government-initiated redesign of currency and related policy.

Accordingly, it is hereby:

**ORDERED AND ADJUDGED that:**

1. Plaintiff's Motion for Expedited Consideration is GRANTED.

2. Defendants shall file any responsive pleadings, including any motion to dismiss, no later than [insert date — typically 14 days from order].

3. Plaintiff shall file any opposition briefs no later than _____.

4. The Court will schedule a hearing or status conference to consider early summary judgment briefing, preliminary relief, or mediation as appropriate.

5. Pending further order of the Court, no criminal, civil, or administrative penalties shall be initiated against Plaintiff under 18 U.S.C. § 333 for cutting out and preserving the national motto from U.S. currency in accordance with sincerely held religious belief, provided the remainder of the currency is preserved for legitimate deposit or exchange purposes.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this ___ day of _____, 2025.

**United States District Judge**