**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsd.uscourt.gov

DATE: 7/4/2025

CASE NUMBER/JUDGE: 9:25 CV 80890 -WM

The Clerk's office received your submission; however, you failed to comply with the following requirements of the Local Rules, Federal Rules, or U.S. Codes. Please note the (x) selection below:

☐ Failed to provide the case number on the document. Please provide a case number and PRINT full name of defendant as it appears on the criminal court case with all submissions to ensure proper credit to your account.

☐ Altered money orders are not accepted. You must replace the enclosed money order.

☐ Check/Money order must be payable only to U. S. Courts.

☐ This case is assigned to another court. Please forward the enclosed to the proper court.

☐ Personal/business checks are not accepted for restitution payments. Money orders and cashier's checks will be accepted by mail.

☐ Online Bill Payment checks are not accepted for restitution and will be returned. Please notify your financial institution and stop submission of Online Bill Payment checks to this office for restitution payments.

☑ Fee Schedule 28 U.S.C. §1913, 1914 and 1917. Fees paid by personal/business checks must comply with the following conditions: 1. Checks must be payable to "U. S. Courts"; 2. Checks must be imprinted with a name and address (not handwritten or typed); and 3. Case number and case name must be written in the memo section of the check.

☑ Other: The Clerk doesn't accept checks without a pre-printed address on the checks. Please submit the following - money order, Cashier's Check, Cash in person or make a debit/credit payment in person on via telephone at 954-769-5400.

Court Administrator/Clerk of Court

By: _____
Deputy Clerk

| 400 N. Miami Ave. | ✓ 299 E. Broward Blvd. | 701 Clematis Street |
| Miami, FL 33128 | Ft. Lauderdale, FL 33301 | WPB, FL 33401 |
| (305)523-5050 | (954)769-5400 | (561)803-3400 |