AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

David Morris Clayman, Plaintiff

)
)
)
)
)

*Plaintiff(s)*

v.

Scott Bessant as Secretary of Treasury, United States, Congress, Jerome Powell as Chair of the Federal Reserve, and Gene Dodaro as Comptroller General in their official capacities

)
)
)
)
)
)
)

*Defendant(s)*

Civil Action No. 9:25-cv-80890-WM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Congress of the United States

%  Office of Senate Legal Counsel
642 Hart Senate Office Building
Washington, DC 20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David Morris Clayman (אדם קליימן)
7930 Palacio Del Mar Drive
Boca Raton, FL 33433-4148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Angela E. Noble
Clerk of Court

Date: Jul 21, 2025

s/ K. Rivers
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

David Morris Clayman, Plaintiff

)
)
)
)
*Plaintiff(s)*
)
v.
)  Civil Action No. 9:25-cv-80890-WM
)
Scott Bessant as Secretary of Treasury, United States, Congress, Jerome Powell as Chair of the Federal Reserve, and Gene Dodaro as Comptroller General in their official capacities
)
)
)
)
*Defendant(s)*
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America
% US Attorney for the Southern District of Florida
% Darcie Thompson, Assistant US Attorney (presumably)
500 E Broward Boulevard
Ft. Lauderdale, FL 33394

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David Morris Clayman (אדם קליימן)
7930 Palacio Del Mar Drive
Boca Raton, FL 33433-4148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Jul 21, 2025

s/ K. Rivers
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

David Morris Clayman, Plaintiff )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 9:25-cv-80890-WM
)
Scott Bessant as Secretary of Treasury, United States, )
Congress, Jerome Powell as Chair of the Federal )
Reserve, and Gene Dodaro as Comptroller General in )
their official capacities )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America
% US Department of Justice, via AG Pamela Bondi
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David Morris Clayman (אדם קליימן)
7930 Palacio Del Mar Drive
Boca Raton, FL 33433-4148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jul 21, 2025

Angela E. Noble
Clerk of Court

s/ K. Rivers
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

David Morris Clayman, Plaintiff

*Plaintiff(s)*

v.

Scott Bessant as Secretary of Treasury, United States, Congress, Jerome Powell as Chair of the Federal Reserve, and Gene Dodaro as Comptroller General in their official capacities

*Defendant(s)*

Civil Action No.  9:25-cv-80890-WM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Secretary Scott Bessant
℅ Office of the General Counsel
US Department of Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David Morris Clayman (אדם קליימן)
7930 Palacio Del Mar Drive
Boca Raton, FL 33433-4148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Angela E. Noble
Clerk of Court

Date:  Jul 21, 2025

s/ K. Rivers
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

David Morris Clayman, Plaintiff )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 9:25-cv-80890-WM
Scott Bessant as Secretary of Treasury, United States, )
Congress, Jerome Powell as Chair of the Federal )
Reserve, and Gene Dodaro as Comptroller General in )
their official capacities )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Chairman Jerome Powell
Board of Governors of the Federal Reserve System
℅ General Counsel
20th Street and Constitution Avenue, NW
Washington, DC 20551

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David Morris Clayman (אדם קליימן)
7930 Palacio Del Mar Drive
Boca Raton, FL 33433-4148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Jul 21, 2025

s/ K. Rivers
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| David Morris Clayman, Plaintiff<br><br>*Plaintiff(s)*<br>v.<br>Scott Bessant as Secretary of Treasury, United States, Congress, Jerome Powell as Chair of the Federal Reserve, and Gene Dodaro as Comptroller General in their official capacities<br><br>*Defendant(s)* | Civil Action No. 9:25-cv-80890-WM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Comptroller General Gene Louis Dodaro
% Office of the General Counsel
US Government Accountability Office (GAO)
441 G Street NW
Washington, DC 20548

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    David Morris Clayman (אדם קליימן)
    7930 Palacio Del Mar Drive
    Boca Raton, FL 33433-4148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also **must file your answer** or motion with the court.



Date: Jul 21, 2025

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ K. Rivers
Deputy Clerk
U.S. District Courts