David Clayman, *Pro se*

## UNITED STATES COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| David Morris Clayman,<br><br>　　　　　Plaintiff,<br>vs.<br><br>Scott Bessant, United States of America, Congress, Jerome Powell, and Eugene Dodaro, in their Official Capacities<br><br>　　　　　Defendants | Case 9:25-CV-80890-WM<br><br>**AFFIDAVIT TO EVIDENCE SERVICE OF PROCESS ON ALL UNITED STATES GOVERNMENT PARTIES**<br><br>FILED BY _MCS_ D.C.<br><br>JUL 29 2025<br><br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA. – W.P.B. |

**AFFIDAVIT TO EVIDENCE SERVICE OF PROCESS ON UNITED STATES &**

**ALL NAMED US GOVERNMENT OFFICIALS IN THEIR OFFICIAL CAPACITIES**

　　The Plaintiff reports to the Court that the Plaintiff has served all parties with service of process. Technically speaking, the Plaintiff sent today via priority certified mail with return receipt a copy of the originally filed complaint and the motion for expedited consideration in accordance with Rule 4(i) of the Federal Rules of Civil Procedure.

　　It cost me $124.20 USD / CALM to perform these mailings – hopefully one day the Courts will modernize and allow Pro Se electronic filings to make this process of serving process on the Government less burdensome and expensive. A photograph of the tracking and certified mail receipts are attached on the next and final page. The latest delivery date is scheduled for **Thursday, July 24, 2025**, at which point all six listed parties should be properly served.

　　　　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　　　　　　s/Plaintiff John Doe, Currently *Pro se*
　　　　　　　　　　　　　　　　　　　　　　For the Center Forward Party of Hippocratic
　　　　　　　　　　　　　　　　　　　　　　Hands, aka the Miracle Berries



