| | |
|---|---|
| **From:** | David Clayman |
| **To:** | Thompson, Darcie (USAFLS) |
| **Subject:** | [EXTERNAL] Clayman v. Bessant – AUSA Assignment and Scheduling |
| **Date:** | Monday, July 28, 2025 8:01:12 AM |

Dear Darcie,

I hope this message finds you well and that you're enjoying the summer.

I'm proceeding on the assumption that you'll be the AUSA assigned to the new case, *Clayman v Bessant* (9:25-cv-80890-WM) (PACER). If that's not the case, and someone else in your office will be handling or collaborating on this matter, I'd greatly appreciate it if you could let me know who that will be at your earliest convenience.

When I served process on your office and all the other defendants, I included a letter indicating that an amended complaint would be filed shortly. However, in the interest of conserving time and resources, I've decided to postpone amending the complaint until after receiving a Motion to Dismiss. At present, my work on Safer Yes—a sexual assault prevention technology initiative—is at a critical stage, especially with the fall semester fast approaching at semester-calendar universities. This is a high-risk period for campus sexual violence, and I'm directing my focus accordingly.

Given the time-sensitive nature of this case—particularly with respect to the Treasury's potential redesign of U.S. currency to prevent ongoing religious burdens and optimize and maximize motto visibility and utterance and behavioral econ cognitive "moral priming" rates ahead of the nation's 250th anniversary—I respectfully request that your office respond to the complaint on an expedited basis.

I intend to contact the Magistrate Judge early next week, once all parties have been served (the Comptroller General remains outstanding), to request a prompt ruling on the Motion to Expedite and to propose an accelerated briefing schedule. I'll copy you—or any colleague you designate—on that communication, again assuming for now this case will fall under your purview as others have.

With continued commitment to minimizing harm,
David Clayman