David Clayman, *Pro se*

**UNITED STATES COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| David Clayman, Plaintiff,<br>vs.<br>United States, Defendant | **CASE 9:25-CV-80890-WM**<br>***Clayman v United States***<br><br>**MOTION FOR LEAVE TO FILE ELECTRONICALLY AND FILE EMERGENCY MOTIONS** |

**PLAINTIFF'S MOTION FOR ELECTRONIC FILING PRIVILEGES**

**COMES NOW** David Clayman, the Plaintiff, having had multiple urgent and important actions before this Court in this year 2025, respectfully moves this Court for an order granting permission to file documents electronically through the Court's CM/ECF system and to file emergency motions when warranted. In support of this motion, Plaintiff states as follows:

1. **Frequent Filer in the Southern District of Florida**

Plaintiff has recently filed multiple cases before this Court and anticipates the possibility of continued litigation in matters of significant national importance as he seeks to attain and establish legal precedent on lifesaving or life-defining questions. Given the great urgency of these matters, the frequency of filings, and the US Attorney's confusion and lack of empathy or understanding for mailing delays as evidenced in their grossly inappropriate *Motion to Deem Plaintiff Vexatious* and the confusions that lack of equal and symmetric access to electronic filing brings even to the Court's perception of when Clayman's filings arrive, electronic filing privileges are necessary to facilitate timely and efficient litigation.

Plaintiff has petitioned for electronic filing privileges before but his motion was held as moot at

time of case dismissal with leave to reinstate instead of adjudicated and decided on the merits.

2. **Cases of National Emergency or Severe National Deadlines**

All three of Plaintiff's recently filed complaints address pressing national emergencies or urgent national questions on a deadline:

a. One case challenged the statutory disqualification of the Commander-in-Chief based on age limits as per his flag officer status, a matter directly related to urgent national security and constitutional governance and the natural emergency question of whether Commander-in-Chief Trump or Vice President JD Vance should have been inaugurated and wielding power.

b. Another case seeks to address financial incentives for living and deceased ironclad organ donors, a policy issue with direct and immediate emergency implications for public health and medical preparedness, with an average of 13-17 souls on the organ transplant waiting list dying each and every day for lack of a matching living or deceased donor. Nothing could be more urgent that resolving that expeditiously as so much life was and is at stake there.

c. This most recent case *Clayman v United States* (RFRA Currency Reform / IGWT Motto) argues the need for currency reform especially in the printing of the routinely-desecrated motto, "In G-d We Trust". Given that my chances of prevailing in this suit under RFRA are high, the Plaintiff hopes that the Government and this Court will recognize that the best time to achieve this change and possibly a deeper historic currency design and currency title overhaul is before or on the Quarter-Millenial July 4, 2026, which is very, very fast-approaching, particularly at the pace that federal courts typically run. Mailing delays caused by Plaintiff's lack of access to electronic filing privileges cut into the time the Department of Treasury has to adapt to any ruling this Court releases before the Quarter-Millenial.

3. **Financial and Logistical Burden of Paper Filing**

The Plaintiff can not afford to drive to Downtown Fort Lauderdale from West Boca Raton

(almost two hours roundtrip, given parking, security, and filing time) for every filing. The Plaintiff can not afford to lose two hours from his work on sexual assault prevention every time he needs to file a new minor document with this Court.

Due to the lack of electronic filing access, Plaintiff has also incurred significant mailing expenses, amounting to many hundreds of dollars in certified and priority mailing fees. Compounded over time up to the time of retirement in 25 years, those funds the Court is causing the Plaintiff to lose in mailing fees are four times (4x) higher, even after accounting for inflation. The ongoing need to file via mail imposes an undue temporal and financial burden and causes unnecessary delays in proceedings that confuse the US Attorney's Office and prejudice the Plaintiff's opportunities to prevail in the cases that he files.

4. **Need for Emergency Motion Filing Access**

Given the nature of Plaintiff's civil and religious rights cases and his occupation as both the CEO of *Healthy Consent, PBC* (soon I hope *Lifesaver Labs, PBC*) and now as a US Precedential Candidate, there may arise circumstances requiring immediate judicial intervention that touch on questions of life and death, sexual assault prevention, or core questions of political speech and organization. Without electronic filing privileges, Plaintiff is unable to efficiently file motions, which could result in irreparable harm in time-sensitive legal matters.

5. **Eligibility and Willingness to Comply with CM/ECF Requirements**

Plaintiff possesses the necessary technological capabilities to access and use the Court's CM/ECF system and is willing to complete any required training. Additionally, Plaintiff agrees to comply with all rules and procedures governing electronic filing.

6. **Please Do Not Moot This Filing, Even If Latest Case Is Dismissed**

Even if Plaintiff's latest case is dismissed, Plaintiff may need electronic filing privileges for any

future cases or filings that may arise in the future, as for instance if Plaintiff appeals any adverse ruling(s) to the Eleventh Circuit Court of Appeals and has this case *Clayman v United States* remanded to the Southern District of Florida for reevaluation.

**WHEREFORE**, Plaintiff respectfully requests that this Court grant permission to file electronically via CM/ECF and allow the filing of emergency motions when exigent circumstances arise.

## CERTIFICATE OF SERVICE

I certify that on this Monday, August 4, 2025 I hand-delivered the foregoing document to the Clerk of Court, at expense of two hours of time, and the Clerk shall file this filing with the CM/ECF system. I also sent a copy of this document to the US Attorney's Office.

Working to preserve life and death harmlessly,

s/Plaintiff David Clayman, Currently *Pro se*
7930 Palacio Del Mar Drive
Boca Raton, FL 33433-4148
+1 (321) 252 - 9626
david@clayman.org
david@harmlesshands.org