David Morris Clayman / אדם דוד קליימן / דוד משה קליימן, *Pro se*

FILED BY ___ D.C.

AUG 11 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **David Morris Clayman** ( / אדם דוד / (דוד משה קלייימן),<br>Plaintiff,<br><br>vs.<br><br>**UNITED STATES OF AMERICA** et. al. | **CASE NO. 9:25-CV-80890-WM**<br><br>**PLAINTIFF'S PROPOSED MOTION FOR A FEDERAL SPECIAL MASTER ON GENERATIVE AI IN THE COURTS, SUPPORTED BY ACCOMPANYING REASONING PROMPTED FROM OPENAI CHATGPT GPT-5** |

## PLAINTIFF'S MOTION FOR A FEDERAL SPECIAL MASTER

With leave of the Court, the Plaintiff David Morris Clayman respectfully submits this Proposed Motion as well as the complete conversation prompts and responses with ChatGPT that include adequate legal reasoning issuing generatively from GPT-5 itself under prompt to support this Proposed Order. The Plaintiff operates on an "overlay model of responsibility". The Plaintiff accepts 100% responsibility and accountability for unwittingly submitting fictitious case quotes in real citations. The Plaintiff points out, though, that OpenAI bears overlaid accountability and responsibility that at this point likely rises as high as a second full and independent 100% dose of accountability and responsibility.

s/Plaintiff David Clayman, Currently *Pro se*
7930 Palacio Del Mar Drive
Boca Raton, FL 33433-4148
+1 (321) 252 - 9626
david@clayman.org
david@harmlesshands.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this Monday, the 4th day of August, 2025, I mailed a
copy of this document to the Court via certified mail and electronically served a copy of this response to
the new and old opposing counsel on the case.

/s/ David M. Clayman
Pro Se Plaintiff