UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. [        9:25-CV-80890-WM        ]-Civ-Middlebrooks/Matthewman

[.    David Morris Clayman,              ],

            Plaintiff(s),

v.

[      United States, et. al.,                ],

            Defendant(s).

_____/

NOTICE OF CONSENT TO EXERCISE OF
JURISDICTION BY A U.S. MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil

Procedure 73, the parties in this case consent to have a U.S. Magistrate Judge conduct any and all

proceedings in this case, the Parties consent to the exercise of jurisdiction by the Magistrate

Judge over all further proceedings in this case, including trial and all post-judgment proceedings.

| Party | Signatures | Date |
|---|---|---|
| David Morris Clayman | _____ | Aug 21, 2025 |
| Kelsi R. Romero | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |