## Appendix A

### The Government Is Squandering Precious Time

As the Nation approaches its quarter-millennial, the Government devotes energy to defending the small, nine-point inscription "In God We Trust"—an inscription that violates RFRA, attracts little daily attention, and is often overlooked—rather than considering less restrictive and more effective alternatives. A far greater opportunity lies in the currency's **name and denomination titles**, which appear in sixty- to eighty-point type and are cognitively engaged with trillions of times each week, both domestically and abroad.

Plaintiff proposes that the Treasury Department explore retitling both the Dollar and the Cent to convey inclusive civic values. For example, renaming the cent as "point" would align with the existing "points" system in U.S. schools, reinforcing a connection between academic achievement and economic responsibility. This linkage already exists in other countries, such as China, where the same term (分, fēn) denotes both cents and school points. A similar reform could strengthen the relationship between education and economic participation in the United States.

In practice, this would mean a $9.18 purchase could be verbalized as "9 [seeds/calm/trust/talents/ripples] and 18 points," where 100 points equal one seed (or whichever major unit is selected). As a former teacher, Plaintiff believes such a system would reinforce the connection between school diligence and imminent and future economic liberty.

The Government's insistence on defending a burdensome motto, rather than exploring reforms to the far more visible and impactful currency titles, reflects inefficiency and misplaced priorities. The upcoming 250th anniversary of the Nation's founding presents an opportunity to modernize our currency in ways that respect religious diversity while advancing shared civic values.

My ChatGPT Prompt: ***"What font size is "In G-d We Trust" on US currency? What font size is the word "Dollar" on US currency? Please approximate"***

*Response, just edited to hyphenate the Name of G-d to make this appendix printable:*

The exact font size of text like **"In G-d We Trust"** and **"Dollar"** on U.S. currency is not officially published, but we can estimate approximate point sizes based on physical measurements of printed bills:

---

### "In G-d We Trust"

- **Typical appearance**: Centered above the main image on the reverse (back) side of bills, like above the Lincoln Memorial on the $5 bill or above the White House on the $20.

- **Estimated font size**:
    - Approximately **9–11 points** on most denominations, depending on the note.

- On a **$1 bill**, the size is slightly smaller—likely **7–9 points**.

## "Dollar"

- **Typical appearance**: Prominently displayed on the front or back, often integrated into ornate elements (like the word "ONE" on the $1 bill or "TWENTY DOLLARS" on the $20 bill).

- **Estimated font size**:

  - Varies **widely** by denomination.
  - On a **$1 bill**, the word **"ONE DOLLAR"** on the back spans several inches and is effectively the largest type on the bill—roughly **60–80 points or larger**, depending on how you calculate based on height.
  - On other denominations like the $10 or $20, **"TEN DOLLARS"** or **"TWENTY DOLLARS"** appears in multiple places at varying sizes—from ~**12 points** in smaller type to **72+ points** in stylized banners or borders.

## Measurement Assumptions:

- **1 point = 1/72 inch**.
- The back of a $1 bill is about **6.14 inches** wide.
- A phrase taking up roughly **1/3 inch in height** would be about **24 points** in font size.

Would you like me to generate a visual approximation or table comparing multiple denominations and fonts?

Prompt: **Yes**

ChatGPT Follow-up Response:

Here's a table and visual chart comparing the estimated font sizes of "In G-d We Trust" and the word "Dollar" across different U.S. currency denominations. These are approximations based on visual inspection of physical bills. Let me know if you'd like to include visual samples of the text rendered at those font sizes.

Approximate Font Sizes of US Currency

| Denomination | In G-d We Trust (pt) | Dollar Text (pt) |
|---|---|---|
| $1 | 8 | 72 |
| $5 | 10 | 65 |
| $10 | 10 | 68 |
| $20 | 11 | 70 |
| $50 | 11 | 72 |
| $100 | 11 | 75 |



Estimated Font Sizes on US Currency