UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-80890-CIV-MATTHEWMAN

DAVID MORRIS CLAYMAN,

    Plaintiff,

v.

SCOTT BESSANT, in his Official Capacity as Secretary
of the Treasury, et al.,

    Defendants.
_____/

## ORDER REGARDING PROHIBITION OF EMAILS TO THE COURT

Plaintiff David Morris Clayman ("Plaintiff") is proceeding *pro se*. So that Plaintiff, and any other parties who may appear *pro se* or otherwise, may be advised of essential requirements concerning this case, the Court **ORDERS** as follows:

1. No original pleading or document shall be sent directly to a Judge of this Court. Any paper or letter submitted directly to the Undersigned rather than to the Clerk will be disregarded by the Court.

2. No letters or emails shall be sent directly to the Undersigned unless first invited and authorized by this Court. All requests, motions, and papers must be filed on the docket and not sent directly to the Undersigned.

3. Further, any legal argument contained in an email but not contained in a filed motion, response, or reply will be disregarded by the Court.

4. No copies of pleadings or documents which have, in fact, been filed shall be emailed to the Court.

5. As of the date of this Order, the parties shall refrain from emailing or otherwise directly communicating with the Court without prior leave of Court.

6. The parties must note that Southern District of Florida Local Rule 7.7 is applicable to all parties and counsel in this case. Local Rule 7.7 states that, "[u]nless invited or directed by the presiding Judge, attorneys and parties shall not: (a) address or present to the Court in the form of a letter or the like any application requesting relief in any form, citing authorities, or presenting arguments; or (b) furnish the Court with copies of correspondence between or among counsel, or any party, except when necessary as an exhibit when seeking relief from the Court." S.D. Fla. L.R. 7.7.

**DONE AND ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 8th day of September 2025.

*William Matthewman*
WILLIAM MATTHEWMAN
Chief United States Magistrate Judge