UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-80890-CIV-MATTHEWMAN

DAVID MORRIS CLAYMAN,

    Plaintiff,

v.

SCOTT BESSANT, in his Official Capacity as Secretary
of the Treasury, et al.,

    Defendants.
_____/

## ORDER ON DEFENDANTS' MOTION TO DEEM PLAINTIFF A VEXATIOUS LITIGANT AND ENJOIN FURTHER FILINGS IN THE SOUTHERN DISTRICT OF FLORIDA [DE 14]

THIS CAUSE is before the Court upon Defendants, United States of America, Scott Bessant, Congress of the United States, Jerome H. Powell, and Gene L. Dodaro's ("Defendants") Motion to Deem Plaintiff a Vexatious Litigant and Enjoin Further Filings in the Southern District of Florida ("Motion") [DE 14]. The Motion is fully briefed. *See* DEs 16, 24, 37.

The Court has carefully reviewed the Motion, Response, Reply, and Sur-Reply, as well as the entire docket in this case and the relevant case law. Defendants request in their Motion that the Court declare Plaintiff a vexatious litigant and enjoin him from filing any additional claims or lawsuits in the Southern District of Florida without the Court's prior written approval. [DE 14]. Defendants argue both that Plaintiffs' repeated filings are wasting judicial and governmental resources and that Plaintiff's improper use of artificial intelligence is problematic. [DE 24].

Plaintiff David Morris Clayman filed his case on July 14, 2025. He has since filed approximately eight motions. As pointed out by Defendants in their Motion, he has filed two prior

cases in the Southern District of Florida. At this juncture, and with this limited record before it, the Court simply cannot grant the relief sought by Defendants. *See, e.g., Jean-Baptiste v. United States Dep't of Just.*, No. 23-22531-CIV, 2023 WL 9013864 (S.D. Fla. Nov. 30, 2023), *aff'd,* No. 23-14053, 2024 WL 4249655 (11th Cir. Sept. 20, 2024) (concluding that the plaintiff was a vexatious litigant when the plaintiff had filed 18 separate federal cases). However, the Court understands Defendants' concern that Plaintiff is accelerating his filing of cases and motions. Plaintiff is hereby put on notice that, if he continues to file meritless or deficient motions and/or continues to improperly utilize artificial intelligence, the Court may issue an Order stating that the Clerk of Court shall not accept or docket motions from Plaintiff except for motions seeking leave of court to file pretrial motions. The Court will also consider additional sanctions if appropriate.

Based on the foregoing, Defendants' Motion to Deem Plaintiff a Vexatious Litigant and Enjoin Further Filings in the Southern District of Florida [DE 14] is **DENIED**. This denial is without prejudice to Defendants' ability to file a renewed motion, if appropriate, in the future.

Further, if Plaintiff files continuous meritless or frivolous motions in this case, as stated above, the Court may order that the Clerk of Court shall not accept or docket motions from Plaintiff in this specific case except for motions seeking leave of court to file pretrial motions.

Finally, if Plaintiff continues to improperly utilize artificial intelligence, the Court will consider restricting his filing in this case and imposing sanctions against him. Even *pro se* plaintiffs are required to ensure that the case citations and other legal or factual references in their papers are accurate and correct.

**DONE AND ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 15th day of September 2025.

        WILLIAM MATTHEWMAN
        Chief United States Magistrate Judge