# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **David Morris Clayman** ( / אדם דוד (דוד משה קלײמן), <br> Plaintiff, <br><br> vs. <br><br> **UNITED STATES OF AMERICA** <br> et. al. | **CASE NO. 9:25-CV-80890-WM** <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY AND PRELIMINARY INJUNCTION** |

# [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY AND PRELIMINARY INJUNCTION

Upon consideration of Plaintiff's Motion for Temporary and Preliminary Injunction and the entire record herein, it is hereby **ORDERED AND ADJUDGED** that:

1. Defendants — including the President of the United States, the United States Treasury Department, the Bureau of Engraving and Printing ("BEP"), and the United States Mint, together with their officers, agents, and employees — are **TEMPORARILY and PRELIMINARILY ENJOINED from designing, engraving, striking, printing, approving, or issuing any United States coin or banknote that—**

a. bears the unhyphenated Divine Name ("G-D") Plaintiff holds sacred within the national motto or any other inscription or legend; or

b. depicts the image or likeness of Donald J. Trump or any other living person prior to their death, or for former Presidents until two years following their death, as prohibited by law;

**except** that this injunction shall not disturb previously authorized or in-production currency designs necessary to maintain normal circulation pending final resolution of this action.

2. Defendants are **FURTHER ENJOINED** from initiating, approving, or implementing any

new banknote or coin design that includes the unhyphenated national motto *"In G-d We Trust"* or any variant thereof until this case is fully adjudicated on the merits, so as to preserve the status quo and prevent entrenchment of the challenged design before judicial review.

3.   Defendants President and Commander-in-Chief Donald J. Trump and Treasurer Brandon Beach are joined as parties both for purposes of this injunction and related relief and as per the *Second Amended Complaint* for the remainder of this case, with Treasurer Brandon Beach held subject to the same claims as Treasury Secretary Scott Bessent.

4.   This Order shall take effect immediately and shall remain in force until further order of the Court.


DONE AND ORDERED in Chambers at West Palm Beach, Florida, this _____ day of _____ 2025.