

David Clayman <david@clayman.org>

## No truly card-based laundry within miles

**Adam Clayman** <adam@clayman.org>  Wed, Aug 23, 2017 at 10:23 AM
To: Mike Newdow <newdowlaw@gmail.com>

Dear Mike,

The laundromat six blocks from me which I thought was card-based actually turned out to be cash-based, also.

Drop-off laundry is almost entirely coin-based, ultimately, and pick-up laundry is $32 for the first twenty pounds: an absurdly high cost that's just not sustainable over the course of five years of weekly laundry.

I finally collapsed into sin, and took out coins from Chase Bank to do my laundry in my building. I'll try again, when I next move, to find an apartment with in-unit laundry / dryer.

<u>August 22, 2017 was the first time in three years that I used coins.</u> If I remember correctly, I stopped using coins in July 2014. It was a fundamentally flawed and forced choice; coins are just too entrenched in the building laundry and laundromat system, and I just have to have clean clothes or I'll lose my job.

Adam David Clayman
+1 (312) 414 - 7628