

David Clayman <david@clayman.org>

---

## No truly card-based laundry within miles

**Adam Clayman** <adam@clayman.org>                                    Wed, Aug 23, 2017 at 10:23 AM
To: Mike Newdow <newdowlaw@gmail.com>

Dear Mike,

The laundromat six blocks from me which I thought was card-based actually turned out to be cash-based, also.

Drop-off laundry is almost entirely coin-based, ultimately, and pick-up laundry is $32 for the first twenty pounds: an absurdly high cost that's just not sustainable over the course of five years of weekly laundry.

I finally collapsed into sin, and took out coins from Chase Bank to do my laundry in my building. I'll try again, when I next move, to find an apartment with in-unit laundry / dryer.

<u>August 22, 2017 was the first time in three years that I used coins.</u> If I remember correctly, I stopped using coins in July 2014. It was a fundamentally flawed and forced choice; coins are just too entrenched in the building laundry and laundromat system, and I just have to have clean clothes or I'll lose my job.

Adam David Clayman
+1 (312) 414 - 7628



David Clayman <david@clayman.org>

## Did you just hear that?

**Adam Clayman** <adam@clayman.org>                                              Tue, Jan 30, 2018 at 9:33 PM
To: Mike Newdow <newdowlaw@gmail.com>

I have a couple updates, incidents that could be included in the lawsuit pleadings, all taking place in Illinois.

So far, I've paid for two loads of laundry in about 6 months. Mostly I wear dirty clothes.

Adam Clayman
(312) 414 - 7628

[Quoted text hidden]