# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 15, 2026

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

**FILED BY____AP____D.C.**

**Apr 15, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeal Number:  26-10993-F
Case Style:  David Clayman v. Secretary, U.S. Department of the Treasury, et al
District Court Docket No:  9:25-cv-80890-WM

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers
General Information:    404-335-6100    Attorney Admissions:         404-335-6122
Case Administration:   404-335-6135    Capital Cases:                   404-335-6200
CM/ECF Help Desk:    404-335-6125    Cases Set for Oral Argument: 404-335-6141

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 26-10993-F

_____

DAVID MORRIS CLAYMAN,

Plaintiff - Appellant,

versus

SECRETARY, U.S. DEPARTMENT OF THE TREASURY,
UNITED STATES OF AMERICA,
UNITED STATES CONGRESS,
CHAIR, U.S. FEDERAL RESERVE,
COMPTROLLER GENERAL, et al.,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of
prosecution because the appellant David Morris Clayman failed to pay the filing and docketing
fees to the district court, or alternatively, file a motion to proceed in forma pauperis in district
court within the time fixed by the rules.

Effective April 15, 2026.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION